

IN THE
TENTH COURT OF APPEALS

No. 10-12-00180-CR

BRITTANY MAKEL WILLIAMS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2008-584-C2

MEMORANDUM OPINION

Brittany Makel Williams filed a motion to dismiss her appeal. *See* TEX. R. APP. P.

42.2(a). Dismissal of this appeal would not prevent a party from seeking relief to which

it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed June 20, 2012
[CR25]